PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: John Jacques                                              Cr.: 08-00044-001
                                                                            PACTS #: 49137

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 07/24/08

Original Offense: Importation of Controlled Substances

Original Sentence: 30 months imprisonment; 36 months supervised release

Type of Supervision: Supervised Release                     Date Supervision Commenced: 02/22/11

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On February 24, 2011, the offender tested positive for alcohol. He admitted to consuming alcohol the previous night and acknowledged alcohol has been a problem for him in the past. |
| 2 | The offender has failed to satisfy the court-imposed fine. |

U.S. Probation Officer Action:

John Jacques is enrolled in random drug testing system, wherein he will participate in random urine monitoring for a one-year-period and participate in outpatient substance abuse treatment. In addition, until the offender obtains employment, we recommend holding his fine payments in abeyance. If additional information is obtained, we will notify Your Honor and recommend an alternate course of action.

Respectfully submitted,

By: Elisa Martinez
    U.S. Probation Officer
Date: 03/21/11

---

*The Court orders the following:*

[  ]  That the offender abide by the course of action as stated by the probation office above
[  ]  Submit a Request for Modifying the Conditions or Term of Supervision
[  ]  Submit a Request for Warrant or Summons
[  ]  Other

Signature of Judicial Officer

Date